PAUL M. KAPLAN, ESQ. (California State Bar No. 139606)
235 Montgomery Street, Suite 813
San Francisco, CA 94104
Telephone: (415) 393-9966
Facsimile: (415) 393-9999
E-Mail:    pklaw@sbcglobal.net

JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED AHMED, | Case No. |
| Plaintiff, | COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant | |

Plaintiff alleges:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Defendant is the Director of the United States Citizenship and Immigration Services, (USCIS), an agency in the Department of Homeland Security, charged with the duty to administer and enforce the Immigration and Nationality Act, including the adjudication of an application to adjust status to lawful permanent resident pursuant to 8 U.S.C. § 1159(b).

1

1    3. Plaintiff is a citizen of Pakistan.

2    4. On January 14, 2000 plaintiff was granted asylum by the Immigration and Naturalization
3    Service. See Exhibit A.

4    5. Plaintiff thereafter applied for adjustment of status by filing an application in the manner
5    prescribed in 8 C.F.R. § 209.2. See Exhibit B.

6    6. On February 20, 2008 the USCIS denied plaintiff's application for adjustment of status.
7    The USCIS found that plaintiff was not eligible to adjust status under 8 U.S.C. § 1159(b) because
8    he was inadmissible to the United States under 8 U.S.C. § 1182(a)(3)(B)(i)(I). There is no
9    administrative appeal from the USCIS's decision. See Exhibit C.

10    7. The finding that plaintiff is inadmissible under 8 U.S.C. § 1182(a)(3)(B)(i)(I) is arbitrary,
11    capricious, and contrary to law.

12    8. Plaintiff is an asylee statutorily eligible to adjust his status to lawful permanent resident
13    pursuant to 8 U.S.C. § 1159(b).

14    WHEREFORE, plaintiff prays judgment.

15    1. Declaring that plaintiff is an asylee statutorily eligible to adjust his status to lawful
16    permanent resident pursuant to 8 U.S.C. § 1159(b).

17    2. Declaring that the USCIS's finding that plaintiff is inadmissible under 8 U.S.C. §
18    1182(a)(3)(B)(i)(I) is arbitrary, capricious, and contrary to law.

19    3. Enjoining the USCIS to adjudicate, forthwith, plaintiff's application for adjustment of
20    status, finding that plaintiff is not inadmissible under 8 U.S.C. § 1182(a)(3)(B)(i)(I).

21    4. Awarding plaintiff his costs and reasonable attorneys fee incurred in this action;

22    5. Granting such other and further relief as may be appropriate.

23    Dated: March 27, 2008

24

25    JONATHAN M. KAUFMAN
      Attorney For Plaintiff

26

27

28                                    2

# EXHIBIT A



**U.S. Department of Justice**

Immigration and Naturalization Service
Asylum Office
P.O. Box 77530
San Francisco, CA 94107

File #: 77 821 926
ZSF-094
Date: **14 JAN 2000**

Mr. Saeed Ahmed
1356 Shawn Drive, Apt. 4
San Jose, CA 95118

### Asylum Approval

Dear Mr. Ahmed:

This refers to your request for Asylum in the United States, Form I-589. This office previously issued you a letter to notify you that your request for asylum had been recommended for approval, pending the results of the mandatory, confidential investigation of your identity and background.

It has been determined that you have established eligibility for asylum. Attached please find a completed Form I-94, Arrival Departure Record, indicating that you have been granted asylum status in the United States pursuant to §208(a) of the Immigration and Nationality Act (INA) as of December 28, 1999. You have been granted asylum in the United States for an indefinite period. This grant of asylum includes your dependents listed above who are present in the United States, were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

In order to request derivative asylum status for any spouse or child who was not included in your asylum request, you must submit a Form I-730, Refugee and Asylee Relative Petition, to the Immigration and Naturalization Service (INS).

You are eligible for employment authorization for
dependents listed above are also eligible for emplo
asylum status. However, you must apply for and c
as evidence of your eligibility to work in the Unite
INS a Form I-765, Application for Employment A
this letter when applying for work authorization as

If you plan to depart the United States, you must ob
you leave this country. If you do not obtain permis
or you may be placed in proceedings where you wil
may apply for a Refugee Travel Document on a For

Departure Number

A 77821 926

259480412 07

ASYLUM STATUS GRANTED
INDEFINITELY PURSUANT TO
SEC. 208 OF THE I&N ACT ON

Immigration and
Naturalization Service

DEC 2 8 1999

I-94
Departure Record

ZSF-045

14. Family Name
A, H, M, E, D,

16. Birth Date (Day/Mo/Yr)
0, 1, 0, 1, 7, 0

15. First (Given) Name
S, A, E, E, D,

17. Country of Citizenship
P, A, K, I, S, T, A, N,

Asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2) and 8 C.F.R. §208.22(a).

You may apply for lawful permanent resident status under section 209(b) of the Immigration and Nationality Act after you have been physically present in the United States for a period of one year after the date you were granted asylum status. To apply for lawful permanent residence status, you must submit to the INS a Form I-485, Application to Register Permanent Residence or Adjust Status.

You must notify the INS of any change of address within ten days of any such change. You may obtain a Form AR-11 at your nearest post office or INS office to comply with this requirement.

You may obtain any of the forms noted above at an INS District Office or INS Forms Center. Instructions with or on the forms explain how to complete the forms, what documents to attach and where to send the completed forms.

Sincerely,

Emilia Bardini,
Director, San Francisco Asylum Office

Enclosure: I-94 Card                              (Rev. 12/3/97)

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0086

## Application for Asylum and for Withholding of Removal

*Start Here - Please Type or Print.* **USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION.**

**PART A.  INFORMATION ABOUT YOU.**

| | |
|---|---|
| 1. Alien Registration Number(s), if any (A #'s) | 2. Social Security Number |
| 3. Complete Last Name  AHMED | 4. First Name  SAEED  5. Middle Name |

6. What Other Names Have You Used? *(Include maiden name and aliases.)*

7. Residence in the U.S.
C/O                                                        Telephone Number

Street Number and Name
1356 Shawn Drive                             Apt. No.  # 4

City  San Jose      State  CA      ZIP Code  95118

8. Mailing Address in the U.S. if Other than Above
C/O                                                        Telephone Number

Street Number and Name                             Apt. No.

City                          State                  ZIP Code

9. Sex    XXX Male    ☐ Female

10. Marital Status:
☐ Single    XXX Married    ☐ Divorced    ☐ Widowed

11. Date of Birth *(Mo/Day/Yr)*  01/01/1970

12. City and Country of Birth  KARACHI PAKISTAN

13. Present Nationality *(Citizenship)*  PAKISTANI

14. Nationality at Birth  PAKISTANI

15. Race, Ethnic or Tribal Group  ASIAN

16. Religion  ISLAM

17. *Check each box that applies.*
☐ I am not now in removal, deportation or exclusion proceedings.
☐ I am now in removal, deportation or exclusion proceedings.
☐ I was previously in removal, deportation or exclusion proceedings.
XXX have never been in removal, deportation or exclusion proceedings.

18. *Complete 18a through 18g.*
a. When did you last leave your country? *(Mo/Day/Yr)*  10/98
b. When did you last enter the U.S.? *(Mo/Day/Yr)*  11/17/98
c. Where did you last enter the U.S.?  Laredo TX
d. What was your status when you last entered the U.S.? *(What type of visa did you have, if any)?*  E W I
e. What is your I-94 Number?  None
f. What is the expiration date of your authorized stay, if any?  None

g. Have you previously entered the U.S.?  XXX No    ☐ Yes. If YES, list place, date, and your status for each entry.  *(Attach additional sheets as needed.)*

Date _____  Place _____  Status _____
Date _____  Place _____  Status _____
Date _____  Place _____  Status _____

### FOR INS USE ONLY

Returned
_____
_____

Resubmitted
_____
_____

Reloc Sent
_____
_____

Reloc Rec'd
_____
_____

Receipt

Action:
Interview Date:

Asylum:
☐ Granted
☐ Denied
☐ Referred
☐ Recommended Approval Date _____
Date A.O. final decision or referral issued _____

Total number of persons granted asylum _____

### For EOIR Use Only

### To Be Completed by Attorney or Representative, if any

☐ Check if G-28/EOIR-28 is attached showing you represent the applicant.

INS VOLAG or PIN #

ATTY State License # _____

Form I-589 (Rev. 05-01-98) N

OMB No. 1115-0086

## Information About You - Continued.

| | | |
|---|---|---|
| 19. What is your native language?<br>URDU | 20. Are you fluent in English?<br>☐ Yes  ☒ No | 21. What other languages do you speak fluently? |

22. Have you ever applied to the United States Government or to any other Government(s) for refugee status, asylum, withholding of deportation, or withholding of removal?

☒ No.
- ☐ I was included in a pending application of my parent(s). However, I am now 21 years old or married so I am filing my own application.
- ☐ I was included in my spouse's application, but now I wish to file my own application.
- ☐ Yes. (In what country and what was the decision? Also specify the date of the decision.) *Country* _____ *Date* _____
  *Decision* _____

| 23. What country issued your last passport or travel document? | 24. Passport #<br>   Travel Document # | 25. Expiration Date |
|---|---|---|
| NONE | | |

26. Prior address in last country of residence or country in which you fear persecution. *(List Address, City/Town, Province, State, Department, and Country)*
    House No. 37 Muhajir Mohalla Sher Shah Colony Karachi

27. Provide the following information about your education, beginning with the most recent.

| Name of School | Type of School | Location | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| Govt High School | High School | Karachi | 1976 | 1986 |
| Islamia College | Degree College | Karachi | 1986 | 1990 |
| | | | | |
| | | | | |
| | | | | |

28. Provide the following information about your residences during the last five years. List your present address first. *(Use additional sheets of paper if necessary.)*

| Number and Street | City | Province or State | Country | From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 1356 Shawn Drive | San Jose | California | U S A | 11/98 | Present |
| | | | | | |
| | | | | | |
| | | | | | |

29. Provide the following information about your employment during the last five years. List your present employment first. *(Use additional sheets of paper if necessary.)*

| Name and Address of Employer | Your Occupation | From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

30. Provide the following information about your parents.

| Name | Country and City of Birth | Location |
|---|---|---|
| Majeed Ahmad | Agra  India | Deceased |
| Shakeela Akhtar | Delhi  India | Karachi  Pakistan |

Page 2 (Rev. 05-01-98) N

OMB No. 1115-0086

## PART B. INFORMATION ABOUT YOUR SPOUSE AND CHILDREN.

Your Spouse.   ☐ I am not married.   *(Skip to Part B, Your Children.)*

| 1. Alien Registration Number (A#) | 2. Passport/ID Card, etc.# |
|---|---|

| 3. Complete Last Name<br>Ahmed | 4. First Name<br>Rahila | 5. Middle Name<br>Naseem | 6. Date of Birth *(Mo/Day/Yr)*<br>25/5/73 |
|---|---|---|---|

| 7. Date of Marriage *(Mo/Day/Yr)*<br>1993? | 8. Place of Marriage<br>Karachi Pakistan | 9. City and Country of Birth<br>Karachi  Pakistan |
|---|---|---|

| 10. Nationality *(Citizenship)*<br>Pakistani | 11. Race, Ethnic or Tribal Group<br>Asian | 12. Sex<br>☐ Male  ☒ Female |
|---|---|---|

| 13. Is this person in the U.S.?   ☐ Yes. *(Complete blocks 13 to 24.)*   ☒ No. *(Specify Location)* | 14. Social Security # |
|---|---|

| 15. Place of Last Entry in the U.S.? | 16. Date of Last Entry in the U.S.? *(Mo/Day/Yr)* | 17. I-94 # | 18. Status when Last Admitted *(Visa type, if any)* |
|---|---|---|---|

| 19. Expiration of Status *(Mo/Day/Yr)* | 20. Is your spouse in removal, deportation or exclusion proceedings?   ☐ Yes  ☐ No | 21. If previously in the U.S., Date of Previous Arrival *(Mo/Day/Yr)* |
|---|---|---|

| 22. Place of Previous Arrival | 23. Status at Time of Previous Arrival |
|---|---|

24. If in the U.S., is this person to be included in this application?  *(Check the appropriate box.)*

☐ Yes. *(Attach one (1) photograph of your spouse in the upper right hand corner of Page 3 on the extra copy of the application submitted for this person.)*
☐ No, because my spouse is/has:
  ☐ Filing separately.
  ☐ Separate application pending.
  ☐ Other reasons.

### All of Your Children, Regardless of Age or Marital Status.

*(Use Supplement A Form or attach additional pages and documentation if you have more than two (2) children.)*

| 1. Alien Registration Number (A#) | 2. Passport/ID Card, etc.# |
|---|---|

| 3. Complete Last Name<br>AHMED | 4. First Name<br>HAMZA | 5. Middle Name | 6. Date of Birth *(Mo/Day/Yr)*<br>1994 |
|---|---|---|---|

| 7. City and Country of Birth<br>Karachi  Pakistan | 8. Nationality *(Citizenship)*<br>Pakistani | 9. Race, Ethnic or Tribal Group<br>Asian | 10. Sex<br>☒ Male  ☐ Female |
|---|---|---|---|

| 11. Is this child in the U.S.?   ☐ Yes. *(Complete blocks 12 to 22.)*   ☒ No. *(Specify Location)* | 12. Social Security # |
|---|---|

| 13. Place of Last Entry in the U.S.? | 14. Date of Last Entry in the U.S.? *(Mo/Day/Yr)* | 15. I-94 # | 16. Status when Last Admitted *(Visa type, if any)* |
|---|---|---|---|

| 17. Expiration of Status *(Mo/Day/Yr)* | 18. Is this child in removal, deportation or exclusion proceedings?   ☐ Yes  ☐ No | 19. If previously in the U.S., Date of Previous Arrival *(Mo/Day/Yr)* |
|---|---|---|

| 20. Place of Previous Arrival | 21. Status at Time of Previous Arrival |
|---|---|

22. If in the U.S., is this person to be included in this application?  *(Check the appropriate box.)*

☐ Yes. *(Attach one (1) photograph of your child in the upper right hand corner of Page 3 on the extra copy of the application submitted for this person.)*
☐ No, because child is/has:
  ☐ Filing separately.
  ☐ Separate application pending.
  ☐ Over 21 years of age.
  ☐ Married.
  ☐ Other reasons.

OMB No. 1115-0086

**Information About Your Spouse and Children - Continued** *(Use Supplement A Form or attach additional sheets of paper to list additional children.)*

**All of Your Children, Regardless of Age or Marital Status.**

| 1. Alien Registration Number (A#): | | 2. Passport/ID Card, etc. # | |
|---|---|---|---|
| 3. Complete Last Name | 4. First Name | 5. Middle Name | 6. Date of Birth *(Mo/Day/Yr)* |
| 7. City and Country of Birth | 8. Nationality *(Citizenship)* | 9. Race, Ethnic or Tribal Group | 10. Sex ☐ Male ☐ Female |
| 11. Is this person in the U.S.? ☐ Yes. *(Complete blocks 11 to 22.)* ☐ No. *(Specify Location)* | | | 12. Social Security # |
| 13. Place of Last Entry in the U.S.? | 14. Date of Last Entry in the U.S.? *(Mo/Day/Yr)* | 15. I-94# | 16. Status when Last Admitted *(Visa type, if any)* |
| 17. Expiration of Status *(Mo/Day/Yr)* | 18. Is this child in removal, deportation or exclusion proceedings? ☐ Yes ☐ No | | 19. If previously in the U.S., Date of Previous Arrival *(Mo/Day/Yr)* |
| 20. Place of Previous Arrival | | | 21. Status at Time of Previous Arrival |

22. If in the U.S., is this person to be included in this application? *(Check the appropriate box.)*

    ☐ Yes. *(Attach one (1) photograph of your child in the upper right hand corner of Page 3 on the extra copy of the application submitted for this person.)*
    ☐ No, because child is/has:
        ☐ Filing separately.
        ☐ Separate application pending.
        ☐ Over 21 years of age.
        ☐ Married.
        ☐ Other reasons.

---

**PART C. INFORMATION ABOUT YOUR CLAIM TO ASYLUM.**
*(Use Supplement B Form or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1. Why are you seeking asylum? Explain in detail what the basis is for your claim. *(Attach additional sheets of paper as needed.)*

    Please see the attached Declaration.

OMB No. 1115-0086

**Information About Your Claim to Asylum - Continued.**

2. Have you or any member of your family ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No. ☒☒Yes. If yes, provide a detailed explanation of your or your relatives' involvement with each group and include the name of each organization or group; the dates of membership or affiliation; the purpose of the organization; your duties or your relatives' duties or responsibilities in the group or organization; and whether you or your relatives are still active in the group(s). *(Attach additional sheets of paper as needed.)*

Please see the attached Declaration.

3. Have you or any member of your family ever been mistreated or threatened by the authorities of your home country or any other country or by a group or groups that are controlled by the government, or that the government of the country is unable or unwilling to control?

☐ No. ☒☒Yes. If YES, was it because of any of the following reasons? *(Check each of the following boxes that apply.)*

☐ Race    ☐ Religion    ☒☒ Nationality    ☐ Membership in a particular social group    ☒☒ Political Opinion

On a separate sheet of paper, specify for each instance, what occurred and the circumstances; the relationship to you of the person involved; the date; the exact location; who it was who took such action against you or your family member(s); his/her position in the government or group; the reason why the incident occurred. Attach documents referring to these incidents, if they are available. *(Attach additional sheets of paper as needed.)*

Please see the attached Declaration.

4. Have you or any member of your family ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in your country or any other country, including the United States?

☐ No. ☒☒Yes. If YES, for each instance, specify what occurred and the circumstances; dates; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; the treatment received during the detention or imprisonment; any formal charges that were lodged against you or your relatives; the reason for release; treatment after release. Attach documents referring to these incidents if they are available. *(Attach additional sheets of paper as needed.)*

Please see the attached Declaration.

Information About Your Claim to Asylum - Continued.

5.  Do you fear being subjected to torture (severe physical or mental pain or suffering, including rape or other sexual abuse) in your home country or any other country if you return?

☐ No. X☒X Yes. If YES, explain why.  *(Attach additional sheets of paper as needed.)*

Please   see   the   attached   Declaration.

6.  What do you think would happen to you if you returned to the country from which you claim you would be subjected to persecution? Explain in detail and provide information or documentation to support your statement, if available.  *(Attach additional sheets of paper as needed.)*

Please   see   the   attached   Declaration.

7.  Describe in detail your trip to the United States from your home country. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States?

☐ No. X☒X Yes.  If YES, for each person, identify each country and indicate the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for residence purposes; and if the person applied for refugee status or for asylum while there; or why he or she did not do so. *(Attach additional sheets of paper as needed.)*

Please   see   the   attached   Declaration.

**PART D. ADDITIONAL INFORMATION ABOUT YOUR APPLICATION FOR ASYLUM.**
*(Use Supplement B Form or attach additional sheets of paper as needed to complete your responses to the questions contained in Part D.)*

1. Do you, your spouse, or your child(ren) now hold, or have you ever held, permanent residence, other permanent status, or citizenship, in any country other than the one from which you are now claiming asylum?

   XX No.   ☐ Yes.   If YES, explain. *(Attach additional sheets of paper as needed).*

2. Have you, your spouse, your child(ren), your parents ever filed for, been processed for, or been granted or denied refugee status or asylum by the United States Government?

   XX No.   ☐ Yes.   If YES, explain the decision and what happened to any status you received as a result of that decision. If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change in country conditions or your own circumstances since the date of the denial that may affect your eligibility for asylum. *(Attach additional sheets of paper as needed.)*

3. Have you, your spouse, your child(ren), or your parents ever filed for, been processed for, or been granted or denied refugee status or asylum by any other country?

   XX No.   ☐ Yes.   If YES, explain the decision and what happened to any status you received as a result of that decision. *(Attach additional sheets of paper as needed.)*

4. Have you, your spouse, or child(ren) ever caused harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion, or ever ordered, assisted, or otherwise participated in such acts?

   XX No.   ☐ Yes.   If YES, describe, in detail, each such incident and your own or your spouse's or child(ren)'s involvement. *(Attach additional sheets of paper as needed.)*

5. After you left your country of claimed persecution for the reasons you have described, did you return to that country?

   XX No.   ☐ Yes.   If YES, describe, in detail, the circumstances of your visit, for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s). *(Attach additional sheets of paper as needed.)*

6. Are you filing the application more than one year after your last arrival in the United States?

   XX No.   ☐ Yes.   If YES, explain why you did not file within the first year after you arrived. You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question see Part 1: Filing Instructions, Section V. "Completing the Form," Part D. *(Attach additional sheets of paper as needed.)*

OMB No. 1115-0086

## PART E. SIGNATURE.

*After reading the information on penalties in the instructions, complete and sign below. If someone helped y must complete Part F.*

I certify, under penalty of perjury under the laws of the United States of America, that this application an the evidence submitted with it is all true and correct. Title 18, United States Code, Section 1546, provide in part: "Whoever knowingly makes under oath, or as permitted under penalty of perjury under Sectio 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to material fact in any application, affidavit, or other document required by the immigration laws c regulations prescribed thereunder, or knowingly presents any such application, affidavit, or othe document containing any such false statement or which fails to contain any reasonable basis in law or fa -- shall be fined in accordance with this title or imprisoned not more than five years, or both". I authori the release of any information from my record which the Immigration and Naturalization Service needs determine eligibility for the benefit I am seeking.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are no an asylum officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See INA 208(d)(6) and 8 CFR 208.18.

| Signature of Applicant *(The person named in Part A)* | | Date *(Mo/Day/Yr)* |
|---|---|---|
| [  *Saeed Ahmad .*  ]<br>Sign your name so it all appears within the brackets. | | |
| Print Name    Saeed    Ahmed | Write your name in your native alphabet | |

Did your spouse, parent or child(ren) assist you in completing this application?  XⓍXNo   ☐  Yes *(If YES, list their name(s) and relationship.)*

*(Name)* _____ *(Relationship)* _____ *(Name)* _____ *(Relationship)* _____

Did someone other than you or your spouse, parent or child(ren) prepare this application?  ☐  No  XⓍX Yes  *(Complete Part F)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  XⓍXNo   ☐  Yes

## PART F. SIGNATURE OF PERSON PREPARING FORM IF OTHER THAN ABOVE. *Sign below.*

I declare that I have prepared this application at the request of the person named in Part E, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. Section 1324(c).

| Signature of Preparer | Print Name    M. Siddique | Date *(Mo/Day/Yr)* | |
|---|---|---|---|
| Daytime Telephone<br>Number   (    ) | Address of Preparer: Street Number and Name<br>131 East Moltker  Street | | |
| Apt. No.    # 3 | City    Daly City | State    CA | ZIP Code    94014 |

## PART G. TO BE COMPLETED AT INTERVIEW.

*You will be asked to complete this Part when you appear before an asylum officer of the Immigration and Naturalization Service (INS), or an Immigration Judge of the Executive Office for Immigration Review (EOIR) for examination.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that corrections numbered _____ to _____ were made by me or at my request.

Signed and sworn to before me by the above-name applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date  *(Mo/Day/Yr)* |
| | |
| _____ | _____ |
| Write your Name in your Native Alphabet | Signature of Asylum Officer or Immigration Judge |

Page 8 (Rev. 05-01-98) N

ATTACHMENT TO I-589 FILED BY SAEED AHMED


I am seeking Asylum because I was forced to leave my country to save my life. I was persecuted because I was member of Muhajir Qaumi Movement. I was born in 1970 at Karachi Pakistan. My father immigrated from India in 1948 and settled in Karachi.

The 1971 was one of the worst years of Pakistan's history. Pakistan was divided into two pieces. Zulfiqar Ali Bhutto of Pakistan peoples Party became the President and later on Prime minister. He introduced the Quota System in the employment and education institutions. This was primarily against those people who had immigrated from India at the time of Independence. These people are known as Muhajirs and they suffered because of these policies. The doors of higher education were closed for them.

In 1988, I graduated from High School and after that because of the Quota System, I could not get the admission into the professional institutions. I got admission into Islamia College. While I was in college I was interested and worked with All Pakistan Muhajir Students Organization this organization was formed to help the students from Muhajir origin and fight the discrimination.

In the same year National Elections were held after the Plane crash of General Zia Ul Haq. This was the first time MQM took part in election on National level. MQM won with great majority in Karachi and Hyderabad. MQM decided to support Benazir Bhutto and She became the Prime Minister. Benazir Bhutto had promised that she will solve the problems of Muhajir Community. After becoming the Prime Minister, Benazir Bhutto did not fulfill the promises and following the footsteps of her father tried to crush the Muhajir Community. Our Leader Altaf Hussain was attacked in June 1989.

In September 1989. the government agencies raided Liaqat abad, Federal 'B' Area and Casbah colony , and killed many people. We took out procession against this blatant violation of Human rights. There were more than four hundred people in this procession. The police baton charged and used tear gas. I was arrested along with ten others. We were released the next day with a warning. The Benazir Bhutto government was ousted from power in August and new elections were held.

In 1990, elections MQM supported Nawaz Sharif and he became the prime Minister. Because of the increasing popularity of many forces in the country turned against MQM. Nawaz Sharif started conspiring against MQM. He bribed one of the Zonal heads of MQM and erected a parallel MQM by the name of MQM Haqiqi. Altaf Hussain was forced to leave the country.

Few months later, Operation clean up was started and military forces came to Karachi. Many of the MQM leaders were arrested, tortured and killed. They also started handing over the offices of MQM to the members of MQM Haqiqi . In these conditions when our offices were taken over by MQM Haqiqi, we came to know that in two three days our office will be forcefully taken by MQM Haqiqi. I along with Zubair, Mahmood and other friends removed the office furniture and other documents from the office.

The next day on July 22, 1992, I was coming back home, I was attacked by the members of MQM Haqiqi, I was beaten very badly, some people from the street came to my help and those coward ran away. The next day on the insistence of my father I went to the police station to register a report. Instead of registering a report I was arrested and kept incarcerated for four days. After four days I was released and threatened to stop working for MQM. Due to increased atrocities of the army against the members of MQM, many members of MQM went underground.

In these conditions my father forced me to go to Rawal Pindi. There I opened a tuition center. I also started organizing Mutahida Qaumi Movement as Altaf Hussain had promised with the help of local Muhajir community. In March 1993, I was threatened by the Muslim League members. I was also detained by the police

for one day. My father's friend with whom I was staying advised me to stop my activities. When in July 1993, Nawaz Sharif Government came to an end I came back to Karachi. In the same year I got married.

Elections were held in October 1993, MQM was forced to boycott the National Assembly elections. Benazir formed the Government and continued the suppression of the Muhajirs. I started working for the party secretly. In July 1995, the police raided our house and arrested me and my father. We were tortured and punished for 12 days. We were released when my mother handed over all of her Jewelry to the police.

In December 1995, Altaf Hussain's brother and nephew was kidnapped and brutally murdered by the rangers. We decided to arrange a protest. When our peaceful procession was passing through Shahrah-e-Quaid-e-Azam, the police attacked us with batons and tear gas, People ran away, I along with thirteen other people were arrested. I was released after ten days with a promise that I will not take part in any these kind of activities.

In November 1996, the Benazir Bhutto was removed from power again and elections were announced for February 1997. In those elections again MQM won with Majority in Karachi and Hyderabad. MQM supported the Muslim League who had promised to solve the problems of MQM. They had also promised to release our incarcerated members and to remove quota system. None of the these promises were fulfilled. Instead the government used MQM (Haqiqi) to attack the offices of MQM. Our offices were forced to be closed again. In August 1997, Zahid of MQM Haqiqi threatened me to stop working for MQM.

In March 1998, I took part in a protest against the atrocities of MQM(Haqiqi). We were arrested and taken to Saddar police Station. There I was insulted and beaten. We were released the next day. A week later MQM Haqiqi members opened fire at my house. Few days later I was again contacted by Zahid of Haqiqi who said that I should join them. On my refusal I was abducted by them and taken to some remote place. There I was beaten by them. I was released, when I promised to pay 5000 rupees. I went to the police station to report. The police officers were Sindhis. They refused to file a report and detained me for 24 hours. About a week later the Zahid and his friends again attacked our house, they also reported to the police against me. The police again came to my house to arrest me. They said that they want to question me about some case. I knew that this report is filed by the MQM (Haqiqi). I went in hiding. Few months later the government started arresting the members of MQM. They came to our house about three times between May and September. In September my family advised me to leave the country. I left the country and came to the United States on November 17, 1998.

# EXHIBIT B

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

**Form I-485, Application to Register
Permanent Resident or Adjust Status**

## START HERE - Please Type or Print

### Part 1.    Information About You.

| Family Name | Ahmed | Given Name | Saeed | Middle Initial | |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 14278 E. 14th STREET | Apt. # | |
|---|---|---|---|

| City | San Leandro | | |
|---|---|---|---|

| State | CA | Zip Code | 94578 |
|---|---|---|---|

| Date of Birth (month/day/year) | 1-1-1970 | Country of Birth | Pakistan |
|---|---|---|---|

| Social Security # | 614 17 0770 | A # (if any) | 77 821926 |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 11-17-98 | I-94 # | 259480412 07 |
|---|---|---|---|

| Current INS Status | ASYLEE | Expires on (month/day/year) | INDEFINITE |
|---|---|---|---|

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| Applicant Interviewed | |

**Section of Law**
- ☐ Sec. 209(b), INA
- ☐ Sec. 13, Act of 9/11/57
- ☐ Sec. 245, INA
- ☐ Sec. 249, INA
- ☐ Sec. 2 Act of 11/2/66
- ☐ Sec. 2 Act of 11/2/66
- ☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
- ☐ Approved Visa Petition
- ☐ Dependent of Principal Alien
- ☐ Special Immigrant
- ☐ Other

**Preference**

**Action Block**

### Part 2.    Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☒ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**To be Completed by
Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant.

VOLAG # _____

ATTY State License # _____

Form I-485 (Rev. 02/07/00)N Page 1

# Part 3. Processing Information.

A. City/Town/Village of Birth **KARACHI**

Current Occupation

Your Mother's First Name **SHAKEELA**

Your Father's First Name **MAJEED**

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)
**SAEED   AHMED**

Place of Last Entry Into the U.S. (City/State) **LAREDO   TX**

In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)*
**E W I**

Were you inspected by a U.S. Immigration Officer? ☐ Yes ☒ No

Nonimmigrant Visa Number **N/A**

Consulate Where Visa Was Issued **N/A**

Date Visa Was Issued (month/day/year) **N/A**    Sex: ☒ Male ☐ Female

Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

---

B. List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| **AHMED** | **RAHEELA** | **N** | **5/25/73** |
| Country of Birth **PAKISTAN** | Relationship **SPOUSE** | A # **78662165** | Applying with You? ☐ Yes ☒ No |
| **AHMED** | **HAMZA** | | **\\** |
| Country of Birth **PAKISTAN** | Relationship **SON** | A # **78662166** | Applying with You? ☐ Yes ☒ No |
| | | | |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| | | | |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| | | | |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |

---

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

*I was member of MQM*

# Part 3.  Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper.  Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes ☒ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes ☒ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:

   a. espionage?  ☐ Yes ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes ☒ No

**Part 4.     Signature.**     *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | SAEED AHMED | 01-27-01 |  |

**Please Note:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.

**Part 5.     Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  |  |  |  |

**Firm Name and Address**

# EXHIBIT C

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

February 20, 2008

Refer To File No. LIN0110351932

A077821926

SAEED AHMED
4588 NOVATO ST
UNION CITY CA 94587

Dear Sir or Madam:

RE: Form I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS
    Beneficiary:    AHMED, SAEED

### Decision

This notice refers to your Form I-485, Application to Register Permanent Residence or Adjust Status, filed with this office on February 5, 2001.  You are requesting adjustment of status under Section 209(b) of the Immigration and Nationality Act (INA) (Title 8, United States Code, section 1159).

Section 209(b) of the INA states:

The Secretary of Homeland Security or the Attorney General, in the Secretary's or the Attorney General's discretion and under such regulations as the Secretary or the Attorney General may prescribe, may adjust to the status of an alien lawfully admitted for permanent residence the status of any alien granted asylum who—
  (1) applies for such adjustment,
  (2) has been physically present in the United States for at least one year after being granted asylum,
  (3) continues to be a refugee within the meaning of section 101(a)(42)(A) or a spouse or child of such a refugee,
  (4) is not firmly resettled in any foreign country, and
  (5) is admissible (except as otherwise provided under subsection (c)) as an immigrant under this Act at the time of examination for adjustment of such alien.

Matter of K-A-, 23 I & N Dec. 661, 666 (BIA 2004) (relief under section 209(b) of the INA is discretionary).

The INA section 209(c) waiver of inadmissibility is not available to aliens who are inadmissible under INA section 212(a)(3)(B) (terrorist activities).

Section 212(a)(3)(B) of the INA, as amended by the REAL ID Act of 2005, describes an alien who is inadmissible and states in pertinent part:

(i) In general.  Any alien who-
  (I) has engaged in a terrorist activity,
  (II) a consular officer, the Attorney General, or the Secretary of Homeland Security knows, or has reasonable ground to believe, is engaged in or is likely to engage after entry in any terrorist activity (as defined in clause (iv));
  (III) has, under circumstances indicating an intention to cause death or serious bodily harm, incited terrorist activity;

Nebraska Service Center                                                      www.uscis.gov

(IV) is a representative (as defined in clause (v)) of--

    (aa) a terrorist organization (as defined in clause (vi)); or

    (bb) a political, social, or other group that endorses or espouses terrorist activity;

(V) is a member of a terrorist organization described in subclause (I) or (II) of clause (vi);

(VI) is a member of a terrorist organization described in clause (vi)(III), unless the alien can demonstrate by clear and convincing evidence that the alien did not know, and should not reasonably have known, that the organization was a terrorist organization;

(VII) endorses or espouses terrorist activity or persuades others to endorse or espouse terrorist activity or support a terrorist organization;

(VIII) has received military-type training (as defined in section 2339D(c)(1) of title 18, United States Code) from or on behalf of any organization that, at the time the training was received, was a terrorist organization (as defined in clause (vi)); or

(IX) is the spouse or child of an alien who is inadmissible under this subparagraph, if the activity causing the alien to be found inadmissible occurred within the last 5 years, is inadmissible.

(iii) Terrorist activity defined.  As used in this Act, the term "terrorist activity" means any activity which is unlawful under the laws of the place where it is committed (or which, if it had been committed in the United States, would be unlawful under the laws of the United States or any State) and which involves any of the following:

(I) The highjacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle).

(II) The seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained.

(III) A violent attack upon an internationally protected person (as defined in section 1116(b)(4) of title 18, United States Code) or upon the liberty of such a person.

(IV) An assassination.

(V) The use of any-

    (a) biological agent, chemical agent, or nuclear weapon or device, or

    (b) explosive, firearm, or other weapon or dangerous device (other than for mere personal monetary gain), with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property.

(VI) A threat, attempt, or conspiracy to do any of the foregoing.

(iv) Engage in terrorist activity defined. As used in this chapter, the term "engage in terrorist activity" means, in an individual capacity or as a member of an organization-

(I) to commit or to incite to commit, under circumstances indicating an intention to cause death or serious bodily injury, a terrorist activity;

(II) to prepare or plan a terrorist activity;

(III) to gather information on potential targets for terrorist activity;

(IV) to solicit funds or other things of value for--

    (aa) a terrorist activity;

    (bb) a terrorist organization described in clause (vi)(I) or (vi)(II); or

    (cc) a terrorist organization described in clause (vi)(III), unless the solicitor can demonstrate by clear and convincing evidence that he did not know, and should not reasonably have known, that the organization was a terrorist organization;

(V) to solicit any individual--

    (aa) to engage in conduct otherwise described in this subsection;

    (bb) for membership in a terrorist organization described in clause (vi)(I) or (vi)(II); or

    (cc) for membership in a terrorist organization described in clause (vi)(III) unless the solicitor can demonstrate by clear and convincing evidence that he did not know, and should not reasonably have known, that the organization was a terrorist organization; or

(VI) to commit an act that the actor knows, or reasonably should know, affords material support, including a

Receipt Number: LIN0110351932                Page 3

safe house, transportation, communications, funds, transfer of funds or other material financial benefit, false documentation or identification, weapons (including chemical, biological, or radiological weapons), explosives, or training--

(aa) for the commission of a terrorist activity;

(bb) to any individual who the actor knows, or reasonably should know, has committed or plans to commit a terrorist activity;

(cc) to a terrorist organization described in subclause (I) or (II) of clause (vi) or to any member of such an organization; or

(dd) to a terrorist organization described in clause (vi)(III), or to any member of such an organization, unless the actor can demonstrate by clear and convincing evidence that the actor did not know, and should not reasonably have known, that the organization was a terrorist organization.

(v) Representative defined. As used in this paragraph, the term "representative" includes an officer, official, or spokesman of an organization, and any person who directs, counsels, commands, or induces an organization or its members to engage in terrorist activity.

(vi) Terrorist organization defined. As used in clause (i)(VI) and clause (iv), the term 'terrorist organization' means an organization--

(I) designated under section 219;

(II) otherwise designated, upon publication in the Federal Register, by the Secretary of State in consultation with or upon the request of the Attorney General or the Secretary of Homeland Security, as a terrorist organization, after finding that the organization engages in the activities described in subclauses (I) through (VI) of clause (iv); or

(III) that is a group of two or more individuals, whether organized or not, which engages in, or has a subgroup which engages in, the activities described in subclauses (I) through (VI) of clause (iv).

You indicated in your asylum application that you were a member of the Mohajir Quomi Movement and that you later became a member of MQM-A. Specifically, you participated in demonstrations, participated the boycott of an election and helped move furniture out of the MQM office when you learned that it would be taken over by the MQM Haqiqi. You further indicated that you started organizing the Muttahida Quomi Movement as Altaf Hussain had promised in Rawal Pindi.

As indicated previously, the INA, at section 212(a)(3)(B)(vi)(III), defines a terrorist organization as an organization that is a group of two or more individuals, whether organized or not, which engages in, or has a subgroup which engages in, the activities described in subclauses (I) through (VI) of clause (iv).

Information about the formation and activities of Mohajir Quomi Movement (MQM), Mohajir Quomi Movement Haqiq (MQM-H), and Muttahida Quomi Mahaz (MQM-A) were taken from the Memorial Institute for the Prevention of Terrorism (MIPT) and The Institute for Conflict Management.

The Memorial Institute for the Prevention of Terrorism (MIPT) is a non-profit organization dedicated to preventing terrorism on U.S. soil or mitigating its effects. MIPT was established after the April 1995 bombing of the Murrah federal building in Oklahoma City, and it is funded through the Department of Homeland Security's Office of Grants and Training (G&T). According to public information on www.tkb.org, "In 2001, the MQM detonated a series of explosive devices in Karachi to protest a water shortage in the city."

The Institute for Conflict Management is a non-Profit Society set up in 1997 in New Delhi, and is committed to the continuous evaluation and resolution of problems of internal security in South Asia. The Institute was set up on the initiative of, and is presently headed by, it's President, Mr. K. P. S. Gill IPS (Retd). The core areas of research on which the Institute focuses include: Continuous appraisal of internal security and the state's responses in all areas of existing or emerging conflict in South Asia; Planning for Development and Security in India's Northeast; Administrative Reforms for Restoration of Effective Civil Governance in Terrorism Affected

Receipt Number: LIN0110351932                    Page 4

Areas; Emerging Internal Security Challenges in South Asia; Judicial, Legal and Legislative Reforms in Terrorism Affected Areas and areas of widespread civil disorders; Evolution and Dynamics of the Underground Terrorist Economy and its Disruption; Identification and Evaluation of the Impact of Emerging Technologies for Terrorism and Counter terrorism; Emergency Response Codes and Protocols in Terrorism Affected Areas, Security Parameters and Procedures for Installations and Establishments Under Threat of Terrorist Attack, the 'Peace Dividend' and the Reconstruction of Societies affected by widespread collective violence, Impact of Terrorism on Child Victims, etc. The Institute is a registered non-profit, non-governmental organization supported by voluntary contributions and project aid. The Institute has provided consultancy services on terrorism & internal security to a number of governments within India and abroad. According to public information on www.satp.org, "Originally formed as the Mohajir Quomi Movement (MQM), it is now split into two factions. The faction led by the founder Altaf Hussain was renamed Muttahida Quomi Mahaz and is commonly referred to as MQM (A). A breakaway faction, created in 1992, retains the original name Mohajir Quomi Movement - with the suffix Haqiqi which means real - and is commonly referred to as MQM (H). The two factions have been responsible for several incidents of urban terrorism even as the MQM (A) participates in Pakistan's electoral process."

According to information found in the aforementioned sources, the actions and activities of MQM, MQH-H and MQM-A meet the current definition of an undesignated terrorist organization at INA section 212(a)(3)(B)(vi)(III). MQM, MQH-H and MQM-A engage in armed conflict with opponents including the government and police, detonation of explosive devices and random attacks against civilians. The violent activities of the MQM, MQH-H and MQM-A were not engaged in purely for monetary gain and match those described in section 212(a)(3)(B)(iii) and 212(a)(3)(B)(iv).

The evidence indicates that you engaged in terrorist activity by providing material support to the Mohajir Quomi Movement and MQM (A). In addition, you provided material support to a terrorist organization by starting to organize the Muttahida Quomi Movement in Rawal Pindi. Because your acts of material support to the Mohajir Quomi Movement, MQM (A) and the Muttahida Quomi Movement were voluntary, you are inadmissible under INA section 212(a)(3)(B)(i)(I).

Accordingly, your application must be and hereby is denied. The regulations do not provide for an appeal to this decision.


Sincerely,

*F. Gerard Heinauer*

F. Gerard Heinauer
Director
NSC/SER EX165