GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Principal Assistant Director
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED AHMED,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN SCHARFEN,[1]<br>Acting Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | No. 08-cv-1680 (MHP)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO DISMISS THE COMPLAINT |

The Court, having considered the Federal Defendant's administrative motion for leave to file a motion to dismiss the complaint and all oppositions and replies filed thereto, HEREBY ORDERS that:

The Federal Defendant shall be permitted to file the motion to dismiss.

The hearing date on this motion shall be July 14, 2008.

Signed this the 28th day of May 2008.

                                          MARILYN H. PATEL
                                        United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel*

---

[1] Dr. Emilio Gonzalez resigned as Director, United States Citizenship and Immigration Services, effective April 18, 2008. Jonathan Scharfen, Acting Director, is automatically substituted as a party for Dr. Gonzalez. *See* Fed. R. Civ. P. 25(d).