GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Principal Assistant Director
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED AHMED,<br><br>   Plaintiff,<br><br> v.<br><br>JONATHAN SCHARFEN,[1]<br>Acting Director, United States Citizenship and Immigration Services,<br><br>   Defendant. | No. 08-cv-1680 (MHP)<br><br>**JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS;** ~~PROPOSED~~ **ORDER** |

  Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

  Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants

---

[1] Dr. Emilio Gonzalez resigned as Director, United States Citizenship and Immigration Services, effective April 18, 2008. Jonathan Scharfen, Acting Director, is automatically substituted as a party for Dr. Gonzalez. *See* Fed. R. Civ. P. 25(d).

PARTIES' REQUEST FOR EXEMPTION FROM ADR
No. 08-cv-1680 (MHP)

to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: June 3, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Dated: June 3, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated this 4th day of June, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

PARTIES' REQUEST FOR EXEMPTION FROM ADR
No. 08-cv-1680 (MHP)

2