GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Principal Assistant Director
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAEED AHMED,

    Plaintiff,

v.

JONATHAN SCHARFEN,
Acting Director, United States Citizenship
and Immigration Services,

    Defendant.

No. 08-cv-1680 (MHP)

**STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER**

Date: July 14, 2008
Time: 2:00 p.m.
Courtroom: 15, 18th Floor

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about March 27, 2008, and Defendant was served on or about this date.

    2. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated March 27, 2008, the parties were required to file a joint case management statement on June 23, 2008, and are required to attend a case management conference on June 30, 2008.

    3. On May 27, 2008, Defendant filed a motion to dismiss and noticed a hearing for July 14, 2008.

1  4. On May 28, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss and
2  cross-motioned for leave to file an amended complaint.
3    5. Defendant's reply supporting the motion to dismiss is due no later than June 30, 2008.
4    7. The parties agree that good cause exists for granting an extension of the dates on
5  which the case management statement and case management conferences are currently scheduled
6  since the Court's determination on Defendant's motion to dismiss will either moot out the issue
7  in its entirety or significantly change the nature of the arguments to be considered by the Court.
8    8. The parties hereby respectfully ask this Court to extend the dates in the Court's
9  scheduling order as follows:
10   Last day to file/serve Joint Case Management Statement:   August 11, 2008
11   Case Management Conference:                               August 18, 2008 at 4:00 p.m.
12
13 Dated: June 12, 2008                         Respectfully submitted,
14
15                                              GREGORY G. KATSAS
                                                Acting Assistant Attorney General
16                                              DAVID J. KLINE
                                                Director, District Court Section
17                                              VICTOR M. LAWRENCE
                                                Principal Assistant Director
18
19                                    By:       _____
                                                CHRISTOPHER W. HOLLIS
20                                              Trial Attorney
                                                Office of Immigration Litigation
21                                              U.S. Department of Justice
                                                P.O. Box 868, Ben Franklin Station
22                                              Washington, D.C. 20044
                                                (202) 305-0899; 616-8962 (FAX)
23                                              christopher.hollis@usdoj.gov
                                                Attorneys for Defendant
24
25 Dated: June 12, 2008
                                                _____
26                                              JONATHAN M. KAUFMAN
                                                Attorney for Plaintiff
27
28

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 13th day of June, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel