GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
GJON JUNCAJ
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAEED AHMED,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN SCHARFEN,<br>Acting Director, United States Citizenship<br>and Immigration Services,<br><br>    Defendant. | No. 08-cv-1680 (MHP)<br><br>**STIPULATION TO RESCHEDULE STATUS CONFERENCE** |

    Defendant Jonathan Scharfen and Plaintiff Saeed Ahmed hereby stipulate to reschedule the status conference, currently scheduled for February 2, 2009, to February 9, 2009. In further support thereof, the parties say as follows:

    1. On December 15, 2008, the parties appeared for a hearing on Defendant's motion to dismiss and the parties' motions for summary judgment.

2. On December 16, 2008, the Court issued a Minute Order requiring Defendant to produce a requested list and declaration no later than January 26, 2009. The Minute Order scheduled a status conference for February 2, 2009, at 3 p.m.

3. On December 18, 2008, the parties conferred via electronic mail and Plaintiff agreed to Defendant's request to reschedule the status conference from February 2nd to February 9, 2009.

4. Although the parties agree to move the status conference from February 2nd to February 9, 2009, Defendant nevertheless will produce, according to the Court's Minute Order of December 16, 2008, the requested list and declaration no later than January 26, 2009.

5. Defendant's counsel will be present in San Francisco for a hearing in another matter on February 6, 2009, and rescheduling the status conference in the instant matter from February 2nd to February 9, 2009, will reduce the resources the Government incurs in defense of this matter.

//

//

WHEREFORE, with good cause having been shown, the parties hereby request that this Court issue an order rescheduling the February 2, 2009, status conference to February 9, 2009.

Dated: December 19, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation

GJON JUNCAJ
Senior Litigation Counsel

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Attorneys for Defendant

Dated: December 19, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 22 day of December, 2008

IT IS SO ORDERED
_____
Judge Marilyn H. Patel
United States District Court
Northern District of California