UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED AHMED, | No. C 08-1680 MHP |
| Plaintiff, | |
| v. | **ORDER** |
| ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

In *Hassan v. Chertoff*, 543 F.3d 564 (9th. Cir. 2008), the court of appeals affirmed a district court's ruling that jurisdiction to review a petitioner's denial of an adjustment of status application was lacking. Defendant Mayorkas's papers in support of his motion to dismiss did not rely upon *Hassan*, and the parties did not brief or extensively discuss at oral argument the relevance of that case. Provision of limited briefing on the relevance of *Hassan* would be useful to the court's deliberations on defendant's pending motion. Accordingly, the parties SHALL SUBMIT simultaneous briefs, each not to exceed five (5) pages, discussing the relevance of *Hassan*, if any, to the instant case. These briefs shall be submitted within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated: November 23, 2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California