```
 1 | TONY WEST
   | Assistant Attorney General
 2 | DAVID J. KLINE
   | Director, District Court Section
 3 | Office of Immigration Litigation
   | VICTOR M. LAWRENCE
 4 | Principal Assistant Director
   | NICOLE R. PRAIRIE, DCBN 982601
 5 | Trial Attorney

 6 | P.O. Box 868, Ben Franklin Station
   | Washington, D.C. 20044
 7 | Telephone: (202) 532-4074; FAX: (202) 305-7000

 8 | Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SAEED AHMED, | ) | |
|---|---|---|
| | ) | No. 08-cv-1680 (MHP) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO HOLD** |
| | ) | **MATTERS IN ABEYANCE** |
| ALEJANDRO MAYORKAS, | ) | |
| Director, United States Citizenship | ) | |
| and Immigration Services, | ) | |
| | ) | |
| Defendant.[1] | ) | |

Defendant Alejandro Mayorkas and Plaintiff Saeed Ahmed hereby stipulate to hold matters in abeyance in the above-referenced case for a period of thirty (30) days from the date of issuance of an order granting the stipulated abeyance. In further support thereof, the parties say as follows:

1. On January 14, 2000, Plaintiff was granted asylum. On February 20, 2008, he was denied adjustment of status based on inadmissibility for providing material support to a terrorist organization under INA § 212(a)(3)(B)(i)(I), 8 U.S.C. § 1182(a)(3)(B)(i)(I).

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Alejandro Mayorkas, Director of United States Citizenship and Immigration Services, is automatically substituted for his predecessor, Jonathan Sharfen.

2. On April 23, 2008, U.S. Citizenship and Immigration Services ("USCIS") reopened the matter of Plaintiff's adjustment of status.

3. On July 15, 2008, Plaintiff filed his First Amended Complaint for Declaratory Judgment and Injunction, which alleges that the delay in adjudication his adjustment of status application violates 5 U.S.C. § 555(b), 8 U.S.C. § 1159(b), and 8 C.F.R. § 209.2.

4. On November 12, 2008, Defendant filed a Motion to Dismiss, or in the Alternative, Cross-Motion for Summary Judgment, which this Court denied on January 7, 2009.

5. On March 26, 2009, Plaintiff submitted the Notice of Decision on Application for Adjustment of Status regarding USCIS's denial of Plaintiff's adjustment of status application.

7. On May 5, 2009, Plaintiff filed his Second Amended Complaint concerning the denial of his adjustment of status application.

8. Defendant filed a Motion to Dismiss on June 23, 2009, which this Court denied on December 22, 2009.

9. Recently, USCIS agreed to interview Plaintiff regarding his adjustment of status application, which both parties agree will be beneficial to the litigation.

10. Because the outcome of the interview could have a significant impact on the direction of the litigation, in the interest of judicial economy, the parties respectfully request a thirty (30) day abeyance.

11. The parties will issue a joint status report at the conclusion of the abeyance period to update the Court as to developments that occurred during the thirty (30) day abeyance.

//

//

//

1  WHEREFORE, with good cause having been shown, the parties hereby request that this
2  Court issue an order granting an abeyance of matters in this case for a period of thirty (30) days
3  from the date of issuance of the abeyance order.

Dated: January 14, 2010                     Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General
                                            DAVID J. KLINE
                                            Director, District Court Section
                                            VICTOR M. LAWRENCE
                                            Principal Assistant Director

                                       By: /s/ Nicole R. Prairie
                                            NICOLE R. PRAIRIE
                                            Trial Attorney
                                            Office of Immigration Litigation
                                            U.S. Department of Justice
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, D.C. 20044
                                            (202) 532-4074; 305-7000 (FAX)
                                            Nicole.Prairie@usdoj.gov

                                            Attorneys for Defendant

Dated: January 14, 2010
                                            JONATHAN M. KAUFMAN
                                            Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 15th day of Jan., 2010

                                            MARILYN H. PATEL
                                            United States District Judge

STIPULATION TO HOLD MATTERS IN ABEYANCE
No. 08-cv-1680 (MHP)                            3