TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
NICOLE R. PRAIRIE, DCBN 982601
Trial Attorney

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 532-4074; FAX: (202) 305-7000

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED AHMED, | No. 08-cv-1680 (MHP) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO FURTHER HOLD MATTER IN ABEYANCE** |
| ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services, | |
| Defendant.[1] | |

The parties respectfully submit this status report as a follow-up to the stipulation to hold this matter in abeyance for thirty (30) days:

1. On February 1, 2010, U.S. Citizenship and Immigration Services ("USCIS") interviewed Plaintiff Saeed Ahmed to give him the opportunity to respond to USCIS's evidence that Plaintiff engaged in terrorist activity, to wit: Evidence that indicates that Plaintiff provided material support to the Mohajir Qaumi Movement ("MQM"), and the Mojajir Qaumi Movement-Atlaf (MQM-A).

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Alejandro Mayorkas, Director of United States Citizenship and Immigration Services, is automatically substituted for his predecessor, Jonathan Sharfen.

2. At the present time, the agency is examining the facts elicited at the February 1, 2010 interview and the facts contained in Plaintiff's I-485 Application for Adjustment of Status and asylum application.

3. Specifically, USCIS is considering whether or not to reopen Plaintiff's I-485 Application for Adjustment of Status.

4. The agency expects to make a decision regarding the reopening within approximately sixty (60) days, and the parties respectfully request that the Court continue to hold this matter in abeyance until USCIS renders its decision based on the recent interview.

WHEREFORE, with good cause having been shown, the parties hereby request that this Court issue an order granting an extension of the abeyance of matters in this case for a period of sixty (60) days from the date of issuance of the abeyance order.

//

//

//

//

//

//

//

JOINT STATUS REPORT
No. 08-cv-1680 (MHP)

2

| | | |
|---|---|---|
| Dated: February 22, 2010 | | Respectfully submitted, |
| | | TONY WEST<br>Assistant Attorney General<br>DAVID J. KLINE<br>Director, District Court Section<br>VICTOR M. LAWRENCE<br>Principal Assistant Director |
| | By: | /s/ Nicole R. Prairie<br>NICOLE R. PRAIRIE[2]<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 532-4074; 305-7000 (FAX)<br>Nicole.Prairie@usdoj.gov |
| | | Attorneys for Defendant |
| Dated: February 22, 2010 | | /s/ Jonathan M. Kaufman (with permission)<br>JONATHAN M. KAUFMAN<br>The Law Offices of Jonathan M. Kaufman<br>220 Montgomery Street<br>Suite 976<br>San Francisco, CA 94104<br>(415) 956-4765; 956-1664 (FAX) |
| | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 23rd day of February 2010

IT IS SO ORDERED

/s/ Judge Marilyn H. Patel

MARILYN H. PATEL
United States District Judge

---

[2] I, Nicole R. Prairie, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

JOINT STATUS REPORT
No. 08-cv-1680 (MHP)                            3