TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
NICOLE R. PRAIRIE, DCBN 982601
Trial Attorney

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4074; FAX: (202) 305-7000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAEED AHMED, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services, <br><br> Defendant. | No. 08-cv-1680 (MHP) <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action as Plaintiff no longer wishes to pursue this matter. Thus, the parties jointly request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this Court approve the dismissal of this matter in its entirety.

///
///
///
///

Stipulation to Dismiss
C08-cv-1680 MHP

| | | |
|---|---|---|
| 1 | Date: September 1, 2010 | Respectfully submitted, |
| 2 | | TONY WEST |
| | | Assistant Attorney General |
| 3 | | DAVID J. KLINE |
| | | Director, District Court Section |
| 4 | | VICTOR M. LAWRENCE |
| | | Principal Assistant Director |

6   By:   /s/ Nicole R. Prairie
         NICOLE R. PRAIRIE[1]
         Trial Attorney
         Office of Immigration Litigation
         U.S. Department of Justice
         P.O. Box 868, Ben Franklin Station
         Washington, D.C. 20044
         (202) 532-4074; 305-7000 (FAX)
         Nicole.Prairie@usdoj.gov

         Attorneys for Defendant

12  Dated: September 1, 2010        /s/ Jonathan M. Kaufman (with permission)
                                    JONATHAN M. KAUFMAN
                                    The Law Offices of Jonathan M. Kaufman
                                    220 Montgomery Street
                                    Suite 976
                                    San Francisco, CA 94104
                                    (415) 956-4765; 956-1664 (FAX)

                                    Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 2nd day of Sept, 2010

MARILYN H. PATEL
United States District Judge

---

[1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C08-cv-1680 MHP                              2